1  **JASON G. REVZIN**
   Nevada Bar No. 008629
2  jason.revzin@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, Nevada  89118
   (702) 893-3383
5  (702) 893-3789 Fax
   ***Counsel for Trans Union LLC***
6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| ROGER G. SHIRLEY,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, SCE FEDERAL CREDIT UNION, TARGET NATIONAL BANK, SONEPCO FEDERAL CREDIT UNION, UNITED SERVICES OF AMERICA FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:18-cv-01669-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Roger G. Shirley ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 31, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 24, 2018. The allegations in Plaintiff's Complaint date back to March 2016 and Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 14, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 18th day of October, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

**KAZEROUNI LAW GROUP, APC**

*/s/ Michael Kind*

Michael Kind
Nevada Bar No. 13909
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
Email: mkind@kazlg.com
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of October 19, 2018.

UNITED STATES MAGISTRATE JUDGE