**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER G. SHIRLEY,<br><br>        Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, SCE FEDERAL CREDIT UNION, TARGET NATIONAL BANK, SONEPCO FEDERAL CREDIT UNION, UNITED STATES OF AMERICA FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:18-cv-01669-JAD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiff, ROGER G. SHIRLEY, by and through their undersigned attorneys, that DITECH shall have up to and including November 20 2018 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

1

3206365.1

This is DITECH's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED: November 6, 2018                    DATED: November 6, 2018

WOLFE & WYMAN LLP                          KAZEROUNI LAW GROUP, APC


By: */s/ Danielle A. Kolkoski*             By: */s/ Michael Kind*
    DANIELLE A. KOLKOSKI, ESQ.            MICHAEL KIND, ESQ.
    Nevada State Bar No. 8506              Nevada Bar No. 13903
    6757 Spencer Street                    6069 South Fort Apache Road, Suite 100
    Las Vegas, NV 89119                    Las Vegas, Nevada 89148
    Attorneys for Defendant                Attorney for Plaintiffs
    **DITECH FINANCIAL LLC**

3206365.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including November 20, 2018 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated this 7th day of November, 2018 .

By: _____
MAGISTRATE JUDGE

Submitted by,

DATED: November 6, 2018

WOLFE & WYMAN LLP

By:*/s/ Danielle A. Kolkoski*
　　DANIELLE A. KOLKOSKI
　　Nevada Bar No.: A. KOLKOSKI, ESQ.
　　6757 Spencer Street
　　Las Vegas, NV  89119
　　Attorneys for Defendant
　　**DITECH FINANCIAL LLC**

3206365.1

# CERTIFICATE OF MAILING

On November 6, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| DAVID H. KRIEGER, ESQ. | dkrieger@hainesandkrieger.com |
| MICHAEL KIND, ESQ. | mkind@kazlg.com |
| Attorneys for Plaintiff | |
| | |
| CARLETON R. BURCH, ESQ. | crb@amclaw.com |
| Attorney for Defendant | |
| SCE Federal Credit Union | |

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

4

3206365.1