**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Defendant
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER G. SHIRLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, SCE FEDERAL CREDIT UNION, TARGET NATIONAL BANK, SONEPCO FEDERAL CREDIT UNION, UNITED STATES OF AMERICA FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:18-cv-01669-JAD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiff, ROGER G. SHIRLEY, by and through their undersigned attorneys, that DITECH shall have up to and including December 10, 2018 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

///

1

This is DITECH's second request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

| | |
|---|---|
| DATED: November 27, 2018 | DATED: November 27, 2018 |
| WOLFE & WYMAN LLP | KAZEROUNI LAW GROUP, APC |
| By: */s/ Danielle A. Kolkoski* | By: */s/ Michael Kind* |
| DANIELLE A. KOLKOSKI, ESQ. | MICHAEL KIND, ESQ. |
| Nevada State Bar No. 8506 | Nevada Bar No. 13903 |
| 6757 Spencer Street | 6069 South Fort Apache Road, Suite 100 |
| Las Vegas, NV 89119 | Las Vegas, Nevada 89148 |
| Attorneys for Defendant | Attorney for Plaintiffs |
| **DITECH FINANCIAL LLC** | |

3206365.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including December 10, 2018 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated this 28th day of November, 2018.

By: _____
MAGISTRATE JUDGE

Submitted by,

DATED: November 27, 2018

WOLFE & WYMAN LLP

By:*/s/ Danielle A. Kolkoski*_____
   DANIELLE A. KOLKOSKI
   Nevada Bar No.: A. KOLKOSKI, ESQ.
   6757 Spencer Street
   Las Vegas, NV 89119
   Attorneys for Defendant
   **DITECH FINANCIAL LLC**

3206365.1

# CERTIFICATE OF MAILING

On November 27, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| DAVID H. KRIEGER, ESQ.<br>MICHAEL KIND, ESQ.<br>Attorneys for Plaintiff | dkrieger@hainesandkrieger.com<br>mkind@kazlg.com |
| CARLETON R. BURCH, ESQ.<br>Attorney for Defendant<br>SCE Federal Credit Union | crb@amclaw.com |

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

3206365.1