MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
E-mail: mayers@nevadafirm.com
ANDREA GANDARA, ESQ.
Nevada Bar No. 12580
E-mail: agandara@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
FINE, PUZEY, STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

*Attorney(s) for TARGET NATIONAL BANK*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROGER G. SHIRLEY<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DITECH FINANCIAL LLC, SCE FEDERAL CREDIT UNION, TARGET NATIONAL BANK, SONEPCO FEDERAL CREDIT UNION, UNITED SERVICES OF AMERICA FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　　　　Defendants. | CASE NO.:   2:18-cv-01669-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR TARGET NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Target National Bank ("Target") and Plaintiff, Roger G. Shirley ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to January 8, 2019, for Target to answer or otherwise plead in response to Plaintiff's Complaint (ECF No. 1).

This is Target's first request for an extension, which it requested from Plaintiff in order to allow Target additional time to investigate the factual allegations of the Complaint, particularly during the Holidays. Plaintiff has no opposition to Target's request for an extension.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

Dated this 10th day of December, 2018.

| **KAAEROUNI LAW GROUP, APC** | **HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON** |
|---|---|
| /s/ Michael Kind | /s/ Michael R. Ayers |
| MICHAEL KIND, ESQ. | MICHAEL R. AYERS, ESQ. |
| Nevada Bar No. 13903 | Nevada Bar No. 10851 |
| 6069 S. Fort Apache Road, Suite 100 | E-mail: mayers@nevadafirm.com |
| Las Vegas, NV 89148 | ANDREA GANDARA, ESQ. |
| E-mail: mkind@kazlg.com | Nevada Bar No. 12580 |
|  | E-mail: agandara@nevadafirm.com |
| *Attorneys for Plaintiff* | HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON |
|  | 400 South Fourth Street, Third Floor |
|  | Las Vegas, Nevada 89101 |
|  | *Attorneys for Target National Bank* |

Dated this 13th day of December, 2018.

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 10th day of December 2018, I served a copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR TARGET NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** upon each of the following parties via electronic service through the USDC CM/ECF system:

Michael Kind, Esq.
KAAEROUNI LAW GROUP, APC
6069 S. Fort Apache Road, Suite 100
Las Vegas, NV 89148
E-mail: mkind@kazlg.com

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
E:mail: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

Danielle A. Kolkoski, Esq.
WOLFE & WYMAN, LLP
6757 Spencer Street
Las Vegas, NV 89119
E-mail: dakolkoski@wolfewyman.com

*Attorneys for Ditech Financial LLC*

Katherine A. Neben, Esq.
JONES DAY
3161 Michelson Drive
Irvine, CA 92612
E-mail: kneben@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

Carleton R. Burch, Esq.
ANDERSON, MCPHARLIN & CONNERS, LLP
601 S. Seventh Street
Las Vegas, NV 89101
E-mail: crb@amclaw.com

*Attorneys for SCE Federal Credit Union*

Jason Revzin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Boulevard, Suite d600
Las Vegas, NV 89118
E-mail: Jason.revzin@lewisbrisbois.com

*Attorneys for Trans Union LLC*

Bradley T. Austin, Esq.
SNELL & WILMER, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
E-mail: baustin@swlaw.com

*Attorneys for Equifax Information Services, LLC*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
E-mail: jbraster@naylorandbrasterlaw.com
E-mail: asharples@naylorandbrasterlaw.com

Dated this 10th day of December, 2018.

/s/ Susan M. Matejko
An employee of HOLLEY, DRIGGS, WALCH, FINE, PUZEY STEIN & THOMPSON