Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Roger G. Shirley*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Roger G. Shirley,<br><br>　　　　　Plaintiff,<br>v.<br><br>Ditech Financial LLC, SCE Federal Credit Union, Target National Bank, Sonepco Federal Credit Union, United Services of America Federal Credit Union, Equifax Information Services LLC, Trans Union, LLC and Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01669-JAD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES LLC** |

NOTICE OF SETTLEMENT　　　　　　　　1　　　　　　　　CASE NO. 2:18-CV-01669-JAD-PAL

# NOTICE

The dispute between Roger G. Shirley ("Plaintiff") and Equifax Information Services, LLC ("Equifax") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Equifax with prejudice within 60 days—on or before **February 12, 2019**.

DATED this 14th day of December 2018.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **February 12, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: December 17, 2019

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 14, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148